Patricia Neumeyer and James Sterling, Plaintiffs-Appellants, v. Loren Cunningham, Defendant-Appellee.

Gen. No. 10,284.

Third District.
October 20, 1960.

Chester Thomson and Ralph Schroeder, of Bloomington, for appellants; Williams and Stevens, of Clinton, and Harry R. Stevens, of Clinton, guardian ad litem for Loren Cunningham, defendant-appellee, a minor. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.